# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146680(42)(44)(46)(47)

IN RE SANDERS, Minors

SC: 146680
COA: 313385
Jackson CC: 11-002828-NA

_____/

On order of the Chief Justice, the motion to extend the time for filing an amicus curiae brief by the Juvenile Appellate Practice Clinic of the University of Detroit Mercy School of Law is GRANTED. On further order, the motions to file amicus curiae briefs by (1) National Association of Counsel for Children, (2) Legal Services Association of Michigan, Michigan State Planning Body for the Delivery of Legal Services to the Poor, and Michigan Coalition to End Domestic and Sexual Violence, and (3) Juvenile Appellate Practice Clinic of the University of Detroit Mercy School of Law are GRANTED. The amicus curiae briefs submitted by those entities are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



Clerk